IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00075-RJC-DCK

| USA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| TONEY RIYCHAAD ROBINSON (11) | ) |  |
|  | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 374), the Petition alleging a violations of the Defendant's supervised release, (Doc. No. 358), based on the insufficiency of the evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 374), is **GRANTED** and the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 358), is **DISMISSED**.

Signed: March 23, 2020

Robert J. Conrad, Jr.
United States District Judge